■ ARTHUR ANDERSON, Respondent, v LIBERTY LINES TRANSIT, INC., Appellant, et al., Defendant. [31 NYS3d 882]—

Order, Supreme Court, Bronx County (Fernando Tapia, J.), entered on or about January 20, 2016, which, insofar as appealed from as limited by the briefs, denied the motion of defendant Liberty Lines Transit, Inc. (Liberty) to dismiss the complaint, unanimously affirmed, without costs.

Liberty's motion to dismiss the complaint on the ground that plaintiff failed to attend a General Municipal Law § 50-h hearing was properly denied. The record established that Liberty granted plaintiff an adjournment of the hearing, did not set a subsequent date, and never sought to reschedule the hearing (*see Belton v Liberty Lines Tr.*, 3 AD3d 334 [1st Dept 2004]; *Vargas v City of Yonkers*, 65 AD3d 585 [2d Dept 2009]).

We have considered Liberty's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Acosta, Saxe, Kapnick and Kahn, JJ.